```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
John C. CUSKER, CSBN 148227
Special Assistant United States Attorney
     333 Market St., Ste. 1500
     San Francisco, Ca. 94105
     Tel. (415) 977-8975
     FAX: (415) 744-0134
     Email: john.cusker@ssa.gov

Attorneys for Defendant
Commissioner of Social Security
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STEVEN MEYER,<br>　　Plaintiff,<br>　　v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　Defendant. | CV 08-6808 CJC (JC)<br><br>JUDGMENT |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

Dated:　April 24, 2009

　　　　　　　　　　　　　　　/s/
　　　　　　　　_____
　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　UNITED STATES MAGISTRATE JUDGE