ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
353 Sanjon Road
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 643-3062
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Steven Meyer

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STEVEN MEYER, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. CV-08-6808-CJC (JC) <br><br> [PROPOSED] ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Andrew T. Koenig, as counsel for Plaintiff and as Plaintiff's assignee, is awarded attorney fees under the Equal Access to Justice Act in the amount of FIVE-THOUSAND THREE-HUNDRED DOLLARS and NO CENTS ($5,300.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: June 1, 2009

_____/s/_____
JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

1